IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Mark Dudley and Robert Jolly, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:08-cv-3658-TLW-TER |
| | ) | |
| Indymac Bank, FSB; Rogers, Townsend | ) | |
| & Thomas, PC; Special Referee | ) | |
| Georgetown County, Joe M. Crosby; and | ) | |
| Others as they become known; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

Plaintiffs Mark Dudley and Robert Jolly, ("plaintiffs") brought this civil action, *pro se*, on November 3, 2008. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the Motion to Dismiss be granted and the case be dismissed with prejudice as to FDIC as Receiver for IndyMac Bank. (Doc. # 61). The plaintiffs filed no objections to the report. Objections were due on February 16, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199

(4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 61).

**IT IS SO ORDERED**.

                                                    s/Terry L. Wooten
                                                United States District Judge

March 15, 2010
Florence, South Carolina